■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD C. BEEBE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Aylward, J.—rape, third degree.) Present—Callahan, J. P., Boomer, Green, Pine and Davis, JJ.

■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANN DEFRANCO, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Reed, J.—criminal possession of stolen property, second degree, and other charges.) Present—Callahan, J. P., Boomer, Green, Pine and Davis, JJ.

■■ JOHN WOODLEY, Respondent, v OUTBOARD MARINE CORPORATION et al., Appellants.—Order unanimously affirmed with costs for reasons stated at Special Term, Koshian, J. (Appeal from order of Supreme Court, Niagara County, Koshian, J.—forum non conveniens.) Present—Callahan, J. P., Boomer, Green, Pine and Davis, JJ.

■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON D. DIBBLE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Henry, Jr., J.—burglary, third degree.) Present —Dillon, P. J., Denman, Balio, Lawton and Davis, JJ.

■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL T. MYLOTT, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Onondaga County Court, Mordue, J.—burglary, first degree; bail jumping, first degree.) Present—Dillon, P. J., Denman, Balio, Lawton and Davis, JJ.

■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBBIE MULLINS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Boomer, J.—robbery, second degree.) Present—Dillon, P. J., Denman, Balio, Lawton and Davis, JJ.